IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATACHE D. RINEGARD-GUIRMA,

          Plaintiff,

    v.

LASALLE BANK NATIONAL ASSOCIATION,
AS TRUSTEE UNDER THE POOLING AND SERVICING
AGREEMENT DATED AS OF AUGUST 1, 2006, GSAMP
TRUST 2006 HE, and ALL PERSONS UNKNOWN, CLAIMING
ANY LEGAL OR EQUITABLE RIGHT, TITLE, OR
INTEREST IN THE PROPERTY DESCRIBED IN THE
COMPLAINT ADVERSE TO THE PLAINTIFF'S TITLE,
OR ANY CLOUD ON PLAINTIFF'S TITLE, and DOES 1-10,

          Defendants.

Case No. 3:14-cv-01499-MO

**ORDER FOR REMAND**

**Mosman, J.,**

    Plaintiff Natache Rinegard-Guirma filed this action *pro se* on September 22, 2014, seeking to remove her pending action in the Circuit Court of the State of Oregon for the County of Multnomah. Just as Judge King dismissed two prior actions Plaintiff filed with this court,[1] citing the need to abstain from intervening in a pending state court proceeding, I decline to intervene. It is ORDERED that the above-captioned matter be REMANDED to the Multnomah County Circuit Court. Pending motions, if any, are DENIED AS MOOT.

    Dated this __2nd__ day of October, 2014.

                                          /s/ Michael W. Mosman
                                          Michael W. Mosman
                                          United States District Judge

---

[1] *See Rinegard-Guirma v U.S. Bank National Association,* 3:13-cv-01072 (D.Or.Aug. 6, 2013); *see also Rinegard-Guirma v. Bank of America*, 3:13-cv-01423 (D. Or. Sept. 4, 2013).